**STATE of Missouri, Respondent,**

v.

**Shannon D. GREGORY, Appellant.**

**No. WD 62754.**

Missouri Court of Appeals,
Western District.

Feb. 22, 2005.

Gary E. Brotherton, Columbia, MO, for Appellant.

Deborah Daniels, Jefferson City, MO, for Respondent.

Before NEWTON, P.J.,
LOWENSTEIN and HOLLIGER, JJ.

### ORDER

PER CURIAM.

The appellant was found guilty of second-degree murder. He raises three points on appeal dealing with the admission of evidence.

Affirmed. Rule 30.25(b).